1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBEY KURT HAIRSTON,                    )        NO. EDCV 14-00512-RGK (MAN)

12                      Petitioner,         )        JUDGMENT

13              v.                          )

14  PEOPLE OF THE STATE OF CALIFORNIA,      )

15                      Respondent.         )

16  _____)

17

18          Pursuant to the Court's Order:   Dismissing Petition Without Prejudice; and Denying

19  Certificate of Appealability,

20

21          IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

22

23  DATED:  March 27, 2014

24                                          _____
                                                       R. GARY KLAUSNER
25                                            UNITED STATES DISTRICT JUDGE

26

27

28